# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| SUZIE FERNANDEZ,<br><br>    Plaintiff,<br>v.<br><br>ARCADIA RECOVERY BUREAU, LLC.; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 5: 16-cv-01242 -JGB(SSx)<br><br>**ORDER** |

The court, having considered the parties' stipulation, and good cause appearing,

IT IS ORDERED:

1. That the Stipulation for Dismissal is granted;

2. That Defendant Arcadia Recovery Bureau, LLC., is dismissed with prejudice;

3. That each party shall bear its own costs and attorneys' fees;

4. That the clerk or the court shall terminate this action.

Dated: May 17, 2017

Honorable Jesus G. Bernal
United States District Judge

ORDER
-1-